UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE MICHAEL REAVIS, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 12-2879 |
| DOC JAMES M. LEBLANC, SECRETARY; ET AL. | SECTION: "N"(5) |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's motion to dismiss is granted and that plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 8th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE